Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

TONY BARONE, as Administrator of the Estate of WERNER J. KAISER, Deceased, Plaintiff, v. DELAWARE AND HUDSON RAILROAD CORPORATION, Defendant and Third-Party Plaintiff-Respondent. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Defendant-Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

LYNN M. ROHER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30100.) CLAUDE M. ROHER, by LYNN M. ROHER, His Guardian ad Litem, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 30101.) ROSE MARTY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30102.) EARL L. EMRICH, by ROSE MARTY, His Guardian ad Litem, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 30103.) FRED SNELL, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30104.) HERBERT SNELL, by FRED SNELL, His Guardian ad Litem, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 30105.)

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.   [200 Misc. 669.]

Anthony Celeste, Appellant, v. William Owen et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of Edward K. Barsky, Petitioner, against Board of Regents of the University of the State of New York, Respondent.—